IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In Re: Edwin Bradley, | ) | |
| SSN: XXX-XX-9024 | ) | |
| | ) | Case No. 21-80315-CRJ-7 |
| | ) | Chapter 7 |
| Debtor. | ) | |

### MOTION FOR CONTEMPT AGAINST DECATUR MED-SURG CLINIC FOR WILLFUL VIOLATION OF THE DISCHARGE INJUNCTION

Comes now the Debtor, Edwin Bradley, and requests that the Court enter an order finding Decatur Med-Surg Clinic in contempt for violation of the discharge injunction and assessing actual and punitive damages and attorney's fees for such violations. In support of this motion, Debtor states as follows:

1. This case was filed on February 19, 2021. Decatur Med-Surg Clinic was listed as a creditor in the case.

2. While the case was pending, Mr. Bradley received a collection notice from Decatur Med-Surg and notified counsel. By letter dated April 20, 2021, Counsel notified Decatur Med-Surg of the filing of the case and indicated that any further attempts to collect the debt were barred.

3. Mr. Bradley received his discharge on 5/26/2021.

4. Despite being listed as a creditor and receiving actual notice of the filing of the bankruptcy, Decatur Med-Surg has continued its collection efforts.

5. Decatur Med-Surg has repeatedly sent Mr. Bradley account statements requesting payment of the debt that was discharged in the bankruptcy

6. Decatur Med-Surg, clearly, had notice of the bankruptcy filing, yet willfully continue to violate the discharge injunction.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, Debtors request that the Court find Decatur Med-Surg Clinic in contempt of court for violation of the discharge injunction imposed by 11 U.S.C. § 524. The Debtors further request that the Court award them actual and punitive damages and their attorney's fees.

/s/ Melissa W. Larsen

MELISSA W. LARSEN

Attorney for Debtor
Melissa Wimberley Law, PC
521 Madison St., Ste. 201
Huntsville, AL 35801
Phone: (256) 970-5217

## CERTIFICATE OF SERVICE

 I, Melissa W. Larsen., do hereby certify that I have this day served a copy of the above and foregoing instrument, electronically, on Tazwell, Chapter 7 Trustee, and all creditors listed on the Clerk's matrix, postage pre-paid and properly addressed, and upon:

 Decatur Med-Surg Clinic
 2828 US Hwy 31 South
 Decatur, AL 35803

THIS the 18th day of August, 2021.

 /s/ Melissa W. Larsen
 MELISSA W. LARSEN